**Tess Hellgren,** OSB No. 191622
tess@innovationlawlab.org
**Rachel Landry** *(admitted pro hac vice)*
rachel@innovationlawlab.org
**Tiffany Wang** *(admitted pro hac vice)*
tiffany@innovationlawlab.org
Innovation Law Lab
333 SW 5th Ave., Suite 200
Portland, OR 97204
Telephone: (503) 922-3042

**Amber Qureshi** *(admitted pro hac vice)*
amber@qureshilegal.com
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207
Columbia, MD 21045
Telephone: (443) 583-4353

*Attorneys for the Plaintiff*

SCOTT E. BRADFORD, OSB #035576
United States Attorney
District of Oregon
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Phone: (503) 727-1000

*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| INNOVATION LAW LAB,<br><br>    Plaintiff,<br><br>       v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | Case No. 3:25-cv-00066-AN<br><br>UNOPPOSED JOINT MOTION FOR BRIEFING SCHEDULE |

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Undersigned counsel certify that that they have conferred regarding this motion and all parties agree with the relief requested.

## MOTION

On January 13, 2025, Plaintiff Innovation Law Lab ("Law Lab") filed this Freedom of Information Act ("FOIA") action seeking to compel Defendant U.S. Immigration and Customs Enforcement ("ICE"), to immediately release, and proactively disclose to the public, records of ICE's national and regional guidelines concerning how ICE makes detention placement and/or transfer decisions about noncitizens in its custody. Dkt. 1. On June 13, 2025, Plaintiff filed an Amended Complaint, adding claims concerning a second FOIA request for related records. Dkt. 19.

Since the filing of the Complaint, the parties have been conferring regarding the production of records in response to Plaintiff's FOIA requests. On March 25, 2025, Defendant produced 46 pages responsive to Plaintiff's request. On June 24, 2025, Defendant produced another set of responsive documents, totaling 111 pages. Defendant has since notified Plaintiff that the records Plaintiff seeks have either been produced or do not exist.

FOIA cases are typically decided on motions for summary judgment. *See Minier v. Cent. Intelligence Agency*, 88 F.3d 796, 800 (9th Cir. 1996). The court reviews de novo an agency's action in response to a FOIA request, and "the burden is on the agency to sustain its action." 5 U.S.C. § 552(a)(4)(B). The parties believe that this case is ripe for summary judgment briefing. Both parties intend to move for summary judgment. Because FOIA places the burden on the agency, the parties agree that Defendant will file the initial brief justifying its search and exemptions claimed to withhold records. Plaintiff intends to challenge the adequacy of the

agency's search and the agency's decision to partially withhold a set of records (Bates 2025-ICLI-00027 000110-141) under FOIA Exemption 7(E).

Therefore, the parties respectfully request that the Court enter the following briefing schedule for the parties' cross-motions for summary judgment:

- Defendant's Motion for Summary Judgment due on or before October 15, 2025;
- Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due on or before November 5, 2025;
- Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Support of Summary Judgment due on or before December 5, 2025; and
- Plaintiff's Reply in Support of Cross-Motion for Summary Judgment due on or before December 19, 2025.

DATED: August 29, 2025

Respectfully submitted,

By: /s/ Amber Qureshi
**Amber Qureshi** (admitted pro hac vice)
amber@qureshilegal.com
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207
Columbia, MD 21045
Telephone: (443) 583-4353

**SCOTT E. BRADFORD, OSB #035576**
United States Attorney
District of Oregon

/s/ Thomas S. Ratcliffe
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000

*Attorneys for the Defendant*

**Tess Hellgren,** OSB No. 191622
tess@innovationlawlab.org
**Rachel Landry** (admitted pro hac vice)
rachel@innovationlawlab.org
**Tiffany Wang** (admitted pro hac vice)
tiffany@innovationlawlab.org
Innovation Law Lab
333 SW 5th Ave., Suite 200
Portland, OR 97240
Telephone: (503) 922-3042

*Attorneys for the Plaintiff*

Unopposed Joint Motion for Briefing Schedule