**Tess Hellgren,** OSB No. 191622
tess@innovationlawlab.org
**Rachel Landry**, Mass. No. 713320*
rachel@innovationlawlab.org
**Tiffany E. Wang**, N.M. No. 163189*
tiffany@innovationlawlab.org
Innovation Law Lab
333 SW 5th Ave., Suite 200
Portland, OR 97204
Telephone: (503) 922-3042

**Amber Qureshi**, D.C. No. 90001046*
M.D. Atty. No. 1912180097
amber@qureshilegal.com
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207
Columbia, MD 21045
Telephone: (443) 583-4353

*admitted pro hac vice*

*Attorneys for Plaintiff Innovation Law Lab*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| INNOVATION LAW LAB,<br><br>     Plaintiff,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>     Defendant. | Case No.  3:25-cv-00066-AN<br><br>DECLARATION OF AMBER QURESHI IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

I, Amber Qureshi, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an attorney licensed to practice law in the District of Columbia and State of Maryland and have been admitted *pro hac vice* to practice before this Court. I am one of the attorneys of record representing Plaintiff Innovation Law Lab (Law Lab) in the above-referenced case. I make this declaration in support of Plaintiff's Motion for Partial Summary Judgment and opposition to Defendant's Motion for Partial Summary Judgment. I am over 18 years old and have personal knowledge of the facts described herein. If called upon to do so, I could and would competently testify as follows:

**First FOIA Request**

2.      Attached as **Exhibit A** is a true copy of Law Lab's Freedom of Information Act (FOIA) request sent to Defendant U.S. Immigration and Customs Enforcement (ICE) on March 25, 2024.

3.      Attached as **Exhibit B** is a true copy of ICE's March 27, 2024, acknowledgment of Law Lab's March 25, 2024 FOIA request.

4.      Attached as **Exhibit C** is a true copy of Law Lab's revised FOIA request sent to ICE on April 18, 2024.

5.      Attached as **Exhibit D** is a true copy of ICE's April 25, 2024 acknowledgment of Law Lab's April 18, 2024 revised FOIA request.

6.      Attached as **Exhibit E** is a true copy of Law Lab's revised FOIA request sent to ICE on May 2, 2024.

7.      Attached as **Exhibit F** is a true copy of ICE's May 29, 2024 acknowledgment of Law Lab's May 2, 2024 revised FOIA request.

8.      Attached as **Exhibit G** is a true copy of ICE's June 11, 2024 final response to Law Lab's May 2, 2024 revised FOIA request.

9.      Attached as **Exhibit H** is a true copy of Law Lab's appeal of ICE's June 11, 2024 final response sent to ICE on September 6, 2024.

10.     Attached as **Exhibit I** is a true copy of ICE's October 10, 2024 response to Law Lab's September 6, 2024 appeal.

**Second FOIA Request**

11.     Attached as **Exhibit J** is a true copy of Law Lab's FOIA request sent to ICE on April 4, 2025.

12.     Attached as **Exhibit K** is a true copy of ICE's April 11, 2025 acknowledgment of Law Lab's April 4, 2025 FOIA request and denial of the request for expedited processing.

13.     Attached as **Exhibit L** is a true copy of Law Lab's appeal of ICE's denial of Law Lab's request for expedited processing sent to ICE on May 5, 2025.

14.     Attached as **Exhibit M** is a true copy of ICE's June 4, 2025 final response to Law Lab's May 5, 2025 appeal.

**Defendant's Production of Documents**

15.     On March 25, 2025, counsel for ICE sent me a production of documents responsive to Law Lab's request via email. Attached as **Exhibit N** is a true copy of ICE's March 25, 2025 production to Law Lab.

16.     On April 2, 2025, I emailed counsel for ICE to raising Law Lab's concerns with the adequacy of Defendant's production and requested a meeting with Defendant to discuss the concerns further. Attached as **Exhibit O** is a true copy of my April 2, 2025 email to counsel for ICE.

17.     Defendant was not available to meet until May 14, 2025. On May 14, 2025, the parties held a virtual meeting to discuss Law Lab's concerns.

18.     On June 24, 2025, counsel for ICE sent me a production of documents responsive to Law Lab's request via a file-sharing platform. Attached as **Exhibit P** is a true copy of ICE's June 24, 2025 production to Law Lab.

19.     ICE issued a final response to Law Lab dated June 18, 2025 regarding Law Lab's April 4, 2025 FOIA request. Attached as **Exhibit Q** is a true copy of ICE's June 18, 2025 final response.

20.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 16, 2026, in Columbia, Maryland.

*/s/ Amber Qureshi*
**Amber Qureshi**, D.C. No. 90001046
M.D. Atty. No. 1912180097
amber@qureshilegal.com
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207
Columbia, MD 21045
Telephone: (443) 583-4353