**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, INSB #39994-45**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: (503) 727-1000
    Attorneys for the Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **INNOVATION LAW LAB**, | Case No. 3:25-cv-00066-AN |
| Plaintiff, | DEFENDANT'S MOTION TO STAY BRIEFING DUE TO LAPSE IN FUNDING |
| v. | |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**, | |
| Defendant. | |

### CERTIFICATE OF COMPLIANCE WITH LR 7-1

Counsel for Defendant conferred with counsel for Plaintiff regarding this motion.

Plaintiff opposes the motion.

### MOTION

Defendant U.S. Immigration and Customs Enforcement (ICE), by Scott E. Bradford,

United States Attorney for the District of Oregon, through Assistant United States Attorney

Thomas S. Ratcliffe, moves the Court to stay the briefing in this case, with briefing to resume 30

**Page 1        Defendant's Motion to Stay Briefing**

days after funding is restored to the Department of Homeland Security (DHS).

## DISCUSSION

On January 13, 2025, Plaintiff filed this action seeking to compel release of materials subject to a Freedom of Information Act (FOIA) request submitted to ICE. Dkt #1.  Defendants believe they have produced the materials requested by Plaintiff.

On January 17, 2026, Defendant filed its Motion for Partial Summary Judgment.  Dkt # 33.  Plaintiff filed its Motion for Partial Summary Judgment and response to Defendant's partial summary judgment on February 26, 2026.  Dkt # 38.  Defendant's response to Plaintiff's motion, and reply in support of Defendant's own motion, is due on March 13, 2026.  Dkt # 32.

Government counsel has received the following information from ICE regarding the impact of the current DHS shutdown:

**Due to the current lapse in appropriations for DHS, the ICE FOIA Office has been furloughed.  ICE FOIA officers who would have been working on responding to Plaintiff's FOIA request are furloughed.  In terms of litigation, ICE informs the Court that individuals whose participation is essential to the defense of this case, including those who would serve as declarants, are unavailable.  This includes the FOIA Director within the ICE FOIA Office, who is furloughed and unable to provide declarations or oversee FOIA operations.  ICE reports that program offices with direct relevance to the issues in this litigation, such as Enforcement and Removal Operations (ERO), are similarly affected because those personnel, even if not furloughed, are prohibited from working on FOIA matters due to the lapse in appropriations.**

**Given these restrictions, ICE reports that it cannot meaningfully participate in this litigation, including the preparation of declarations or coordination with relevant program**

**Page 2        Defendant's Motion to Stay Briefing**

**offices.  ICE therefore requests a stay of this litigation until funding is restored.  *See***

***Johnson v. Bureau of Prisons*, 2:25-cv-01181 (W.D. Wash. Oct. 30, 2025) (staying FOIA**

**processing and briefing schedule due to lapse in appropriations and directing new schedule**

**to automatically follow end of lapse of appropriations).**

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests this Court stay the briefing in this case, with subsequent briefing to resume 30 days after funding is restored to the Department of Homeland Security, and otherwise at the same intervals as originally planned.  The parties will provide a joint status report calculating the updated briefing schedule by three business days after restoration of funding.

Respectfully submitted this 6th day of March 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon


*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE
Assistant United States Attorney
Attorneys for the Defendant

**Page 3          Defendant's Motion to Stay Briefing**